# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Rueben Schwartz<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:22mj2088<br>)<br>)  **FILED**<br>)  2:28 pm May 18 2022<br>)  Clerk U.S. District Court<br>)  Northern District of Ohio<br>   Akron |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 11, 2021-December 30, 2021  in the county of  Ashtabula  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1957 | Money Laundering |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

M. Jason Watson, Special Agent FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 5/18/2022

City and state:  Cleveland, Ohio

Kathleen B. Burke, U.S. Magistrate Judge